

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

# MEMORANDUM

*Pro Se* Office

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 3/18/10

**To:**     Docketing Unit

**From:** EP                  , *Pro Se* Office, ext 0175

**Date:** 3/18/10

**Re:** Andrew Shea   v.   U.S.A.   , 10 Civ. 2388 (LAK)

---

### PLEASE INDICATE ON THE COURT'S DOCKET THAT:

✓  Limited  Rule 4 service package sent via  regular  on  3/18/10

Tracking #:_____

___ Mailing Package returned on _____

___ _____ Rule 4 service package re-mailed via _____ on _____ to one of the following:

___ Same address

___ New address

---

**NOTE:** Current Mailing information found

**ID # :**_____  _____Prison:_____

---

Mailing package was not re-mailed

___ Case closed                    ___ Summons has expired (Judge's permission required)

___ No new address provided     ___ Picked up by litigant on _____